# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PALLACK,<br><br>  Plaintiff,<br><br>vs.<br><br>LIFE IS AMAZING, LLC, a California Limited Liability Company; DORAN ANDRY, an individual; GEORG BRUNO EHLERT, an individual; ALDAN MIKE SOON, an individual, and ASHWOOD TD SERVICES LLC, a California Limited Liability Company,<br><br>  Defendants. | **Case No.: 8:21-cv-00139-JLS-KESx**<br><br>**PRELIMINARY INJUNCTION AS TO DEFENDANT LIFE IS AMAZING, LLC** |

On February 12, 2021, the Court issued a Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue. (TRO Decision, Doc. 20.)

On March 9, 2021, the Court held a hearing on the Order to Show Cause ("OSC"). Defendants Life is Amazing, LLC ("Life is Amazing"), Doran Andry, and Ashwood TD Services LLC ("Ashwood") timely filed written responses and appeared at oral argument. (*See* Ashwood Response, Doc. 23; Life is Amazing Response, Doc. 21.) In their papers and at oral argument, Defendants Life is Amazing and Doran Andry primarily reasserted the arguments they had previously advanced in opposition to the TRO and adduced no new evidence to refute Pallack's showing that he is likely to succeed on the merits. (*Compare* Life is Amazing Response *with* Opp. to TRO, Doc. 18.)

Ashwood, which had not filed a response at the TRO stage, asserted that, as a trustee, its duties are limited to undertaking the steps necessary to foreclose the deed of trust, or to reconvey the deed of trust upon satisfaction of the debt. (Ashwood Response at 3 (citing *Flores v. EMC Mortg. Co.*, 997 F. Supp. 2d 1088, 1127 (E.D. Cal. 2014) (internal citations and quotation marks omitted).) However, in its papers, and again at the hearing, Ashwood confirmed that, as an agent of Life is Amazing, it is appropriately bound by this Court's orders. (Ashwood Opp. at 4.) Pallack's counsel, in turn, conceded that Pallack has not, at least this stage, shown a likelihood of success on the merits as to the claims against Ashwood. Similarly, Pallack does not make a sufficient showing on the merits as to Andry. Accordingly, the discussion below pertains only to Defendant Life is Amazing. Nonetheless, as agents, both Ashwood and Andry will be bound by this Court's preliminary injunction.

"The standard for issuing a temporary restraining order is identical to the standard for issuing a preliminary injunction." *Lockheed Missile & Space Co. v. Hughes Aircraft Co.*, 887 F. Supp. 1320, 1323 (N.D. Cal. 1995). In issuing the

TRO, the Court found that Pallack made a sufficient showing under each of the *Winter* factors. (*See generally* TRO Decision; *see also Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008).) The Court concluded that Pallack made a strong showing that Life is Amazing violated the Homeownership and Equity Protection Act ("HOEPA"), 15 U.S.C. § 1639, *et seq.*; that Pallack has, at minimum, raised serious questions about whether Life is Amazing induced him to take on the loan through misrepresentations; and that the other *Winter* factors also tip in Pallack's favor. (TRO Decision at 3-9.) The Court sees no reason to depart from its previous analysis, and incorporates that analysis herein.

   Accordingly, the Court GRANTS Pallack's request for a preliminary injunction. Pending any further order of this Court, Life is Amazing, its officers, agents, assigns, employees, attorneys, and all those in active concert with it, are hereby RESTRAINED AND ENJOINED from instituting, prosecuting, or maintaining foreclosure or sale proceedings on the real property located at 4136 Davana Road, Los Angeles, California (the "Property").

   **IT IS SO ORDERED.**

Dated: March 16, 2021

           _____
           HON. JOSEPHINE L. STATON
           UNITED STATE DISTRICT JUDGE