# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:21-cv-00139-JLS-KES                                        Date:  August 18, 2022

Title: RICHARD PALLACK v. LIFE IS AMAZING, LLC, et al.

---

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**   **Amended Order to Show Cause Why the Court Should Not Sanction McFarlin LLP for Failure to Obey Court Orders**

The Court issued an Order to Show Cause ("OSC") why the Court should not sanction prior defense counsel, McFarlin LLP, for failure to obey court orders on July 27, 2020. (Dkt. 143.)  The OSC was prompted by a status report indicating that counsel at McFarlin LLP had failed to pay or meet and confer over discovery sanctions order previously entered by the Court. (Dkt. 139 at 2.)  Because McFarlin LLP had already substituted out as defense counsel, the Court Clerk emailed the OSC to jarrod@mcfarlinlaw.com and tim@mcfarlinlaw.com, the two email addresses provided by McFarlin LLP when the firm was counsel of record.

McFarlin LLP did not respond to the July 27 OSC.  Before the Court imposes escalating sanctions, the Court will give McFarlin LLP one more opportunity to respond to the OSC **on or before August 31, 2022**.  The Court directs the Court Clerk to email this Minute Order to tim@mcfarlinlaw.com and leticia@mcfarlinlaw.com and to mail a paper copy to McFarlin LLP, Attention: Timothy George McFarlin, 4 Park Plaza Suite 1025, Irvine, CA 9261.

Initials of Deputy Clerk <u>JD</u>