Daniel A. Nassie, SBN. 148947

Catherine J. Rowlett, SBN. 180200

NASSIE ROWLETT LAW

3972 Barranca Pkwy, Suite J 301

Irvine, California 92606

Tel.: (949) 757-1450

Catherine@NassieRowlett.com

Attorneys for Life is Amazing LLC and Doran Andry

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RICHARD PALLACK | CASE NUMBER: |
| --- | --- |
| Plaintiff(s) | 8:21-cv-00139-JLS-KES |
| v. | |
| LIFE IS AMAZING, LLC, et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

The Court hereby orders that the request of:

**Doran Andry**        Plaintiff    x **Defendant**    Other _____
*Name of Party*

to substitute **Catherine J. Rowlett, Esq.**  who is **Defendants retained counsel,**

3972 Barranca Pkwy, Irvine, California 92606

NASSIE ROWLETT LAW

3972 Barranca Pkwy, Suite J 301, Irvine, California 92606, Tel.: (949) 757-1450

Catherine@NassieRowlett.com        SBN. 180200

as attorney of record instead of Julian Bach

*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____

U. S. District Judge/U.S. Magistrate Judge

**PROOF OF SERVICE BY ELECTRONIC MAIL**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I, the undersigned, hereby certify that I am a citizen of the United States and over the age of eighteen; I work in the County of Orange, California, in which County the within the Electronic Mail took place; and I am not a party to the subject case.

On April 20, 2023, I served the following documents described as:

**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL; (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY,** on the interested party(ies) in this action by *E-SERVICE*:

| | |
|---|---|
| CHRISTOPHER L. BLANK, SBN 115450<br>CHRISTOPHER L. BLANK, ATTORNEY AT LAW, PC<br>2973 Harbor Blvd. #506<br>Costa Mesa, CA 92626<br>chris@chrisblanklaw.com | Allan J. Goodman<br>ADR Services, Inc. c/o Allan Goodman<br>P. O. Box 34577<br>Los Angeles, CA 90034<br>Email: judgegoodman@adrservices.com |
| Richard D McCune<br>McCune Law Group McCune Wright Arevalo Vercoski Kusel Weck<br>3281 East Guasti Road Suite 100<br>Ontario, CA 91761<br>Email: rdm@mccunewright.com<br>jag@mccunewright.com;<br>dcw@mccunewright.com; | |

☒   **BY ELECTRONIC MAIL**: I personally emailed this document to:

rdm@mccunewright.com; jag@mccunewright.com; dcw@mccunewright.com; judgegoodman@adrservices.com; chris@chrisblanklaw.com

Executed on April 20, 2023

*[signature: Cindie D. Ianni]*

_____

Cindie Ianni