JULIAN BACH, BAR NO. 162421
LAW OFFICE OF JULIAN BACH
7911 Warner Avenue
Huntington Beach, California 92647
Telephone: (714) 848-5085
Facsimile: (714) 596-6333

Attorney for Defendants,
LIFE IS AMAZING, LLC,
DORAN ANDRY, and GEORG BRUNO
EHLERT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| RICHARD PALLACK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIFE IS AMAZING, LLC, a California Limited Liability Company; DORAN ANDRY, an individual; GEORG BRUNO EHLERT, an individual; ALDAN MIKE SOON, an individual; and ASHWOOD TD SERVICES, LLC, a California Limited Liability Company,<br><br>　　　　Defendants. | Case No. 8:21-cv-00139-JLS-KESx<br>Hon. Josephine L Staton<br>Courtroom: 8A<br><br>Date Action Filed: 01/22/2021<br><br>**DECLARATION OF JULIAN BACH IN SUPPORT OF DEFENDANTS LIFE IS AMAZING, LLC, DORAN ANDRY, AND GEORG BRUNO EHLERT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Date: April 14, 2023<br>Time: 10:30 a.m.<br>Place: Courtroom 8A<br>　　　U.S. District Court<br>　　　350 West 1st Street, 8th Floor<br>　　　Los Angeles, CA |

1

## DECLARATION OF JULIAN BACH

I, Julian Bach, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts contained in this declaration, and if called upon to testify thereto I could and would testify competently to the facts contained herein.

2. I am an attorney licensed and in good standing with the State of California to appear before this Court. Starting on April 1, 2022, I substituted in as Counsel of record for Defendants Life Is Amazing, LLC, Doran Andry and Georg Bruno Ehlert (collectively the "Defendants") after their original Counsel encountered some personal issues and basically abandoned his professional duties in representing the Defendants.

3. The abandonment by their prior Counsel regrettably resulted in some significant discovery non-compliance by the Defendants as well as a late and defective Answer to the First Amended Complaint, all of which was resolved over the months of May through July 2022.

4. In the process of resolving the discovery issues, the parties entered into a Joint Stipulation Modifying this Court's Scheduling Order which was filed on July 27, 2022 (Doc. 142). On July 28, 2022, this Court approved the Joint Stipulation by entering an Order Granting Modification of Scheduling Order (the "Modified Scheduling Order"). (Doc. 144).

5. Among other things, the Modified Scheduling Order contained various dates including a fact discovery cutoff of September 1, 2022, a December 7, 2022 deadline to conduct settlement proceedings, and a deadline of January 11, 2023 to file Motions in Limine (Excluding Daubert Motions).

6. Upon the completion of fact discovery, on December 7, 2022, the Defendants along with their Counsel and the Plaintiff Richard Pallack ("Pallack") and his Counsel jointly agreed to and participated via Zoom video in good faith in a second round of Mediation with the Honorable Allan J. Goodman (Ret.). I refer to it as a "second round" because at the start of this case, on April 19, 2021, while both the Plaintiff and Defendants were represented by other Counsel, the parties participated in Mediation with Judge Goodman but were unable to settle this matter at that time. (Doc. 42).

7. On December 7, 2022, after extensive negotiations over several hours of back and forth, the parties reached an agreement settling all of the claims in this proceeding set forth in the Plaintiff's First Amended Complaint, except for the sole issue of the amount of Plaintiff's reasonable attorneys fees and costs to be awarded. On that sole remaining issue, Defendants agreed to have the Plaintiff's Counsel file a Motion For An Award of Attorneys Fees and Costs so that this Court can make the decision as to the appropriate amount if any to be awarded. Defendants further agreed to have the Motion heard on shortened time to the extent allowed and can be accommodated by the Court, and to waive any right to appeal this Court's decision on the fees and costs issue. The settlement was confirmed by Judge Goodman in a Mediation Report he filed with this Court on December 11, 2022 (Doc. 148).

8. The terms of the settlement agreement were memorialized by Plaintiff's Counsel in an email sent to Counsel for Defendants that same evening of December 7, 2022 at 3:25 pm., setting forth the 6 material agreed upon points of the agreement. After a minor modification I made to the settlement point (point number 2) regarding the fees and costs that may be awarded to the Plaintiff on Motion to this Court, the settlement was agreed upon, with Plaintiff's Counsel to document a formal settlement agreement for review and signature by the parties. Attached hereto as Exhibits A, B and C are true and correct copies of the email correspondence confirming the settlement terms,

with Exhibit B highlighted to indicate the requested minor modification to point number 2.

9. On December 11, 2022, Judge Goodman sent email correspondence to Counsel thanking them for their participation and the efforts undertaken to resolve this matter. Both sides responded by thanking Judge Goodman for his efforts and effectiveness.

10. Since December 7, 2022 up through and including January 17, 2023, other than the email "thank yous" referenced in the preceding paragraph, I heard nothing more from the Plaintiff's Counsel or Judge Goodman and was unaware of any issues with the settlement agreement. I assumed that Plaintiff's Counsel was working on the expected Motion For Attorneys Fees and Costs along with drafting a more formal settlement agreement that could be filed with this Court, allotting for some time off due to the holidays.

11. On January 17, 2023, this Court entered an Order Requiring Status Report, instructing Counsel to file a status report within five days of the Order informing the Court as to which claims were resolved and which claims, if any, remained outstanding. (Doc. 149). That same day, I forwarded the ECF notification via email to Plaintiff's Counsel along with an inquiry as to the status of the settlement.

12. In the morning of January 18, 2023, I was informed for the first time via email correspondence from Plaintiff's Counsel that the Plaintiff was reneging on the settlement and that there is no settlement. This was confirmed by the Plaintiff in his Status Report filed with this Court on January 20, 2023. (Doc. 151).

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __23rd__ day of February, 2023, at Huntington Beach, California.

_____
Julian Bach, Declarant