**EXHIBIT A**

## Matter: Pallack v. Life is Amazing; Re: Settlement

From: Josh A. Genzuk (jag@mccunewright.com)
To: julianbach@sbcglobal.net; julian@jbachlaw.com
Cc: rdm@mccunewright.com; cs@mccunewright.com
Date: Wednesday, December 7, 2022 at 03:25 PM PST

Julian:

This email will memorialize the terms of the settlement agreement made today (12/7/22) in the above referenced matter:

1. The parties agree to a walk away settlement, where Defendant waives any right of any payment of any kind from Plaintiff, including principal, interest, penalties or fees, and Plaintiff agrees to release Defendant from any further claims or damages.
2. Defendant agrees to pay Plaintiff attorney fees and costs. The amount shall be determined by the Court.
3. The parties agree to execute full and mutual releases of all claims within five (5) days;
4. Defendant agrees to and will release all interests in Plaintiff's property within two (2) days of execution of full and mutual releases of claims;
5. The parties agree to apply to the court for an expedited briefing/hearing scheduled for the determination of the above-mentioned attorney's fees and costs;
6. The parties agree to a mutual waiver of appeal regarding the court's determination of the above-mentioned reasonable attorney's fees and costs.


**JOSHUA A. GENZUK, ESQ.**
**ATTORNEY**

**MCCUNE LAW GROUP, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC**
P: 909.557.1250 | F: 909.557.1275 | 18565 Jamboree Road, Suite 550 | Irvine, CA 92612 | McCuneWright.com



## McCUNE LAW GROUP
MCCUNE · WRIGHT · AREVALO · VERCOSKI
KUSEL · WECK · BRANDT APC

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

**EXHIBIT B**

Re: Matter: Pallack v. Life is Amazing; Re: Settlement

From: Julian Bach (julianbach@sbcglobal.net)
To: julian@jbachlaw.com; jag@mccunewright.com
Cc: rdm@mccunewright.com; cs@mccunewright.com
Date: Wednesday, December 7, 2022 at 03:59 PM PST

Just a proposed minor change (in red). Otherwise, looks fine with me.

On Wednesday, December 7, 2022 at 03:25:34 PM PST, Josh A. Genzuk <jag@mccunewright.com> wrote:

Julian:

This email will memorialize the terms of the settlement agreement made today (12/7/22) in the above referenced matter:

1. The parties agree to a walk away settlement, where Defendant waives any right of any payment of any kind from Plaintiff, including principal, interest, penalties or fees, and Plaintiff agrees to release Defendant from any further claims or damages.
2. Defendants agrees to pay Plaintiff's attorney fees and costs ==as awarded by the Court upon Motion by the Plaintiff.==  The amount shall be determined by the Court.
3. The parties agree to execute full and mutual releases of all claims within five (5) days;
4. Defendant agrees to and will release all interests in Plaintiff's property within two (2) days of execution of full and mutual releases of claims;
5. The parties agree to apply to the court for an expedited briefing/hearing scheduled for the determination of the above-mentioned attorney's fees and costs;
6. The parties agree to a mutual waiver of appeal regarding the court's determination of the above-mentioned reasonable attorney's fees and costs.


**Joshua A. Genzuk, Esq.**

**Attorney**


**MCCUNE LAW GROUP, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC**

P: 909.557.1250 | F: 909.557.1275 | 18565 Jamboree Road, Suite 550 | Irvine, CA 92612 | McCuneWright.com



MCCUNE LAW GROUP
MCCUNE · WRIGHT · AREVALO · VERCOSKI
KUSEL · WECK · BRANDT APC

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

**EXHIBIT C**

Re: Matter: Pallack v. Life is Amazing; Re: Settlement

From: Josh A. Genzuk (jag@mccunewright.com)
To: julianbach@sbcglobal.net; julian@jbachlaw.com
Cc: rdm@mccunewright.com; cs@mccunewright.com
Date: Wednesday, December 7, 2022 at 04:30 PM PST

Thanks, Julian. Agreed.

**JOSHUA A. GENZUK, ESQ.**
**ATTORNEY**

**MCCUNE LAW GROUP, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC**
P: 909.557.1250 | F: 909.557.1275 | 18565 Jamboree Road, Suite 550 | Irvine, CA 92612 | McCuneWright.com



**MCCUNE LAW GROUP**
MCCUNE • WRIGHT • AREVALO • VERCOSKI
KUSEL • WECK • BRANDT APC

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

---

**From:** Julian Bach <julianbach@sbcglobal.net>
**Date:** Wednesday, December 7, 2022 at 4:01 PM
**To:** Julian@JBachlaw.com <julian@jbachlaw.com>, Josh A. Genzuk <jag@mccunewright.com>
**Cc:** Richard D. McCune <rdm@mccunewright.com>, Cynthia Marin <cs@mccunewright.com>
**Subject:** Re: Matter: Pallack v. Life is Amazing; Re: Settlement

Just a proposed minor change (in red). Otherwise, looks fine with me.

On Wednesday, December 7, 2022 at 03:25:34 PM PST, Josh A. Genzuk <jag@mccunewright.com> wrote:

Julian: