```
                                  FILED
                         CLERK, U.S. DISTRICT COURT

                              February 23, 2024

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY: Natalie L. Calkins  DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge MÓNICA RAMÍREZ ALMADANI | ORDER OF THE CHIEF JUDGE<br><br>**24-035** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Mónica Ramírez Almadani,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Josephine L. Staton to the calendar of Judge Mónica Ramírez Almadani:

| Case Number | Case Name |
|---|---|
| 2:22-cv-04629-JLS-SKx | Primerica Life Insurance Company v. Lindsay Jaynes et al. |
| 2:23-cv-05443-JLS-ASx | Desiree Dunn v. Mercedes-Benz USA, LLC et al. |
| 2:23-cv-07073-JLS-BFMx | I.R. et al. v. County of Los Angeles et al. |
| 2:23-cv-07178-JLS-AGRx | Jose Mendoza v. Fox Towing & Recovery LLC et al. |
| 2:23-cv-07568-JLS-SKx | Michael Rhambo v. Mario M. Garcia et al. |
| 2:23-cv-09561-JLS-BFMx | Rebecca Godinez v. I.C. System, Inc. |
| 2:23-cv-10103-JLS-AGRx | Xposure Photo Agency Inc. v. Christopher Brown |
| 2:24-cv-00756-JLS-JCx | Garrett Travis Larsen v. Hunter Engineering Company et al. |
| 5:23-cv-02359-JLS-SPx | Dontai Tobin v. Walmart Inc. et al. |
| 8:20-cv-01784-JLS-KESx | Lorenzo Dominguez v. Better Mortgage Corporation |
| 8:21-cv-00139-JLS-KESx | Richard Pallack v. Life is Amazing, LLC et al. |
| 8:23-cv-01699-JLS-PD | Tiffany Geannette Wilson v. Martin O'Malley |

In the Matter of the
Creation of Calendar for
District Judge Mónica Ramírez Almadani                                                                 2

| | |
|---|---|
| 8:24-cv-00104-JLS | In Re Eagan Avenatti, LLP |
| 8:24-cv-00207-JLS-E | Leon Dowd v. Commissioner of Social Security |

    On all documents subsequently filed in the case, please substitute the Judge initials MRA after the case number in place of the initials of the prior Judge.

DATED: February 23, 2024                    _____
                                                    Chief Judge Philip S. Gutierrez