UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:21-cv-00139-MRA-KES | Date | July 11, 2024 |
|---|---|---|---|
| Title | Richard Pallack v. Life is Amazing, LLC, et al. | | |

| Present: The Honorable | MÓNICA RAMÍREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST PLAINTIFF AND PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT SHOULD NOT BE DENIED FOR LACK OF PROSECUTION [242]**

On March 6, 2024, Plaintiff filed a Motion to Strike Answer and Enter Default of Defendant Georg Bruno Ehlert. ECF 242. The Court held a hearing on the Motion on May 16, 2024. ECF 248. At the hearing, the Court ordered Plaintiff to file the transcript of a prior hearing that took place on December 15, 2023, which the Court deems relevant to deciding the Motion. *Id.* The Minute Order explicitly instructed Plaintiff to file the transcript no later than June 7, 2024. *Id.*

When Plaintiff failed to file the transcript by June 7, 2024, the Court issued a text-only entry on June 10, 2024, warning Plaintiff that failure to follow the Court's orders may result in sanctions, including dismissal. ECF 251 (citing Fed. R. Civ. P. 41(b)). Later that day, Plaintiff filed an expedited Transcript Order Form requesting the transcript. ECF 252. The text entry for the Transcript Order Form states that "[t]ranscript preparation will not begin until payment has been satisfied with the court reporter." *Id.*

It has now been almost two months since Plaintiff was first instructed to file the transcript with the Court, and yet no transcript has been filed. Nor has Plaintiff attempted to explain the delay first in requesting the transcript and then in filing it with the Court.

The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE** in writing no later than **July 17, 2024**, why sanctions should not be imposed for Plaintiff's ongoing failure to comply with this Court's May 16, 2024, Order. The response shall explain whether

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:21-cv-00139-MRA-KES | Date | July 11, 2024 |
|---|---|---|---|
| Title | Richard Pallack v. Life is Amazing, LLC, et al. | | |

payment for the transcript was made and attach proof of when and how that payment was made.   In addition, the Court **ORDERS** Plaintiff to **SHOW CAUSE** why the Motion for Default Judgment, ECF 242, should not be denied for lack of prosecution.  L.R. 7-13 ("Sanctions for Late Filing"), 83-7 ("Sanctions—Violation of Rule"); *see also* Fed. R. Civ. P. 41(b) (involuntary dismissal of action for lack of prosecution)

**IT IS SO ORDERED.**

Initial of Deputy Clerk     gga