UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-00139-MRA-KES | Date | February 28, 2025 |
| Title | Richard Pallack v. Life is Amazing, LLC et al. | | |

| | |
|---|---|
| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Gabriela Garcia | None Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER REGARDING MOTIONS FOR DEFAULT JUDGMENT**

On February 18, 2025, Plaintiff Richard Pallack and Defendants Life is Amazing, LLC and Doran Andry agreed to a confidential settlement, ECF 329, and the case has been dismissed against these two Defendants. ECF 333. Two Defendants remain in the case: Defendant Georg Bruno Ehlert and Aldan Mike Soon. The Clerk entered default against Soon on March 5, 2024, and against Ehlert on July 30, 2024, pursuant to Federal Rule of Civil Procedure 55(a). ECF 241, 260. Plaintiff has not moved for default judgment against Ehlert or Soon under Rule 55(b). Accordingly, given the long history of the case, by **no later than March 12, 2025**, Plaintiff shall file its motion for default judgment.

Alternatively, because Soon has not appeared in the case, Plaintiff may voluntarily dismiss him pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) without a Court order. Because Ehlert filed an answer, *see* ECF 137, if Plaintiff prefers to dismiss Ehlert in lieu of seeking default judgment, he must request that the Court order dismissal pursuant to Fed. R. Civ. P. 41(a)(2).

The same deadline of March 12, 2025, applies to file the motion for default judgment against either or both defendants, or to voluntarily dismiss Soon and/or seek dismissal of Ehlert.

**IT IS SO ORDERED.**

- : -

Initials of Deputy Clerk gga