UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-00139-MRA-KES | Date | April 25, 2025 |
| Title | Richard Pallack v. Life is Amazing LLC et al. | | |

| | |
|---|---|
| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Gabriela Garcia | None Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER REGARDING PLAINTIFF'S EMERGENCY MOTION TO WITHDRAW MOTION FOR DEFAULT JUDGMENT [350]**

On February 28, 2025, after Plaintiff and Defendants Doran Andry and Life is Amazing entered into a settlement, this Court ordered Plaintiff to file any motions for default judgment against defaulted Defendants Georg Bruno Ehlert and Aldan Mike Soon no later than March 12, 2025. ECF 335. Plaintiff, through his Counsel, first filed his Motion for Default Judgment late, shortly after midnight on March 13, 2025. ECF 336. Plaintiff then proceeded to file multiple amended versions of this Motion. *See* ECF 337-338, 340. The Court struck Plaintiff's improper filings and ordered Plaintiff to properly refile and notice for hearing his Motion for Default Judgment no later than 5:00 p.m. that day. ECF 341. Pursuant to that Order, Plaintiff filed the instant Motion for Default Judgment against both defaulted Defendants, set for hearing on April 28, 2025. ECF 342.

On April 23, 2025, Plaintiff, without Counsel, filed an "Emergency Motion to Withdraw Unauthorized Motion for Default Judgment and to Vacate Hearing Date." ECF 350. Plaintiff attests that his Counsel, James Orland, filed the pending Motion for Default Judgment without Plaintiff's "authorization, consent, review or declaration." *Id.* at 2. On April 25, 2025, Counsel filed a statement in response, explaining his and Plaintiff's prior communications, the extent to which Plaintiff had reviewed the Motion before its filing, and Counsel's efforts to act in Plaintiff's best interests. ECF 354.

Because Plaintiff is represented by Counsel, earlier today the Court struck Plaintiff's Emergency Motion. ECF 342; *see* L.R. 83-2.3.1 ("Whenever a party has appeared by an attorney, the party may not thereafter appear or act pro se, except upon order made by the Court after notice to such attorney and to any other parties who have appeared in the action."); *see also, e.g.*, *Le v. Almager*, No. C 08-03293 SBA, 2013 WL 415632, at *1 (N.D. Cal. Jan. 31, 2013) ("A court need not consider pro se motions filed by a party who remains represented by counsel.").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-00139-MRA-KES | Date | April 25, 2025 |
| Title | Richard Pallack v. Life is Amazing LLC et al. | | |

Thus, the Motion for Default Judgment filed by Counsel remains pending.

If Plaintiff intends to proceed without counsel, Plaintiff shall inform the Court by **no later than 5:00 p.m. on Monday, April 28, 2025**. If Plaintiff fails to satisfy this deadline, the Court will proceed with the pendent Motion for Default Judgment. ECF 342.

**IT IS SO ORDERED.**

- : -

Initials of Deputy Clerk gga